**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CHERRON MARIE PHILLIPS,                    )
                                           )
                                           )
                    Plaintiff,
                                           )
                                           )    Case: 1:15-cv-00109
          v.                               )    Assigned To : Unassigned
                                           )    Assign. Date : 1/22/2015
ERIC HOLDER, *et al.*,                     )    Description: Pro Se Gen. Civil
                                           )
                                           )
                    Defendants.            )
                                           )
                                           )

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The Court will grant the application and dismiss the complaint.

According to the plaintiff, she "is imprisoned without authority and in violation of civil rights promised by the United States . . . ." Compl. at 2. In the guise of a civil rights action under *Bivens v. Six Unknown Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), the plaintiff challenges her criminal conviction and sentence and demands an award of monetary damages.

"[A] criminal defendant may not recover damages under 42 U.S.C. § 1983 for 'harm caused by actions whose unlawfulness would render [her] conviction or sentence invalid' unless 'the conviction or sentence has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such determination, or called into question by a federal court's issuance of a writ of habeas corpus.'" *Williams v. Hill*, 74 F.3d

1339, 1340 (D.C. Cir. 1996) (citing *Heck v. Humphrey,* 512 U.S. 477, 487 (1994)). "The rationale of *Heck* applies equally to claims against federal officials in *Bivens* actions." *Id.* The plaintiff makes no such showing. She does not demonstrate that her conviction or sentence already has been reversed, expunged or invalidated, or that a federal court already has granted her petition for a writ of habeas corpus. This action for damages therefore must be dismissed.

An Order accompanies this Memorandum Opinion.

DATE: *January 16, 2015*

_____
United States District Judge